**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00032-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICIO ZARAGOZA,
   a/k/a Jorge Martinez,
   a/k/a Patricio Ogilve,

    Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **February 20, 2009** and responses to these motions shall be filed by **March 2, 2009**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **March 27, 2009 at 1:30 p.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a three-day jury trial is set for **April 6, 2009 at 1:30 p.m.**, in Courtroom A602.

DATED: February __4__, 2009

                            BY THE COURT:

                            *Christine M. Arguello*
                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Judge