**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00032-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICIO ZARAGOZA,
   a/k/a Jorge Martinez,
   a/k/a Patricio Ogilve,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND TO CALL TO SET
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 12) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for March 27, 2009 and the three-day jury trial set to commence on April 6, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than March 27, 2009 to set this matter for a Change of Plea Hearing.

    DATED: March __19__, 2009

                                          BY THE COURT:

                                          */s/ Christine M. Arguello*
                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge