**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00032-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICIO ZARAGOZA,
   a/k/a Jorge Martinez,
   a/k/a Patricio Ogilve,

    Defendant.

---

**ORDER RESETTING SENTENCING**

---

Pursuant to a telephone conference between counsel and Chambers staff, sentencing in the above-referenced matter has been set for **July 14, 2009 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse.

    DATED:  May __29__, 2009

                                       BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge